UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIGOBERTO MARTINEZ ALVAREZ,

                Plaintiff,

    v.

JIMMY TUNG REAL ESTATE
INVESTMENTS,

              Defendant.

CASE NO. 2:18-cv-01406-RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable United

States District Judge Ricardo S. Martinez.

DATED this 25th day of September, 2018.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1